# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL T. MCLAUGHLIN, | Case No. 21-cv-01778-PJH |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| U.S. DEPARTMENT OF TREASURY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: April 26, 2021

                                                /s/ Phyllis J. Hamilton
                                                PHYLLIS J. HAMILTON
                                                United States District Judge